CHARLES F. MAIRS et al., Appellants, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Respondent.

*Mairs* v. *Mayor, etc., of New York,* 52 App. Div. 343, affirmed.
(Argued March 14, 1901; decided April 2, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department made June 8, 1900, reversing a judgment in favor of plaintiffs entered upon a verdict directed by the court and granting a new trial.

*L. Laflin Kellogg* and *Alfred C. Petté* for appellants.

*John Whalen, Corporation Counsel (Theodore Connoly* and *Terence Farley* of counsel), for respondent.

Order affirmed and judgment absolute ordered for defendant on the stipulation, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, MARTIN, CULLEN and WERNER, JJ. Dissenting: BARTLETT and VANN, JJ.